**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WASHINGTON TOWNSHIP INDEPENDENT SCHOOL DISTRICT | : | No. 365 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| PENNSYLVANIA STATE BOARD OF EDUCATION | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  DOVER AREA EDUCATION ASSOCIATION PSEA/NEA | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.